

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sheri Lue Willhite, Appellant

No. 06-18-00157-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27740). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment by (1) changing the "Degree of Offense" to a state jail felony and by (2) changing the enhancing statute from Section 12.42 to Section 12.425 and (3) deleting court costs of $349.00 to eliminate duplicative costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Sheri Lue Willhite, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk